IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:15-CR-335-WKW |
| ) | |
| JAMES MARVIN HAWKINS ) | |

## **ORDER**

On January 8, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 908.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Defendant James Marvin Hawkins's Motion for a Bill of Particulars (Doc. # 851) is DENIED.

DONE this 28th day of January, 2021.

                                              /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE